UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

IN RE: _Juliann Hoch_                    Chapter 13 # _19 - 12725 - FJB_

## MOTION OF CHAPTER 13 TRUSTEE TO DISMISS

Now comes Carolyn Bankowski, Chapter 13 Trustee, and files this Motion to Dismiss the above-referenced case and as grounds therefor, states as follows:

(X)    1. Debtor failed to appear at the §341 meeting of creditors.

(X)    2. Debtor has failed to make the first plan payment as required by 11 U.S.C §1326(a)(1).

( )    3. Debtor is over the debt limits as set forth in 11 U.S.C. §109(e)

( )    4. Debtor has failed to provide the following documents:
      ( ) INSURANCE BINDER               ( ) EVIDENCE OF PROPERTY VALUE
      ( ) EVIDENCE OF CURRENT INCOME     ( ) RECORDED HOMESTEAD / DEED
      ( ) MOST RECENT TAX RETURN         ( ) 60 DAYS OF PAY ADVICES
      ( ) INDEPENDENT EVIDENCE OF SOCIAL SECURITY NUMBER

      ( ) AMENDED SCHEDULES _____

      ( ) OTHER _____

      _____

( )    5. Debtor has failed to provide business documents pursuant to MLBR Appendix 1: 13-2(a)(2) as follows:

      _____

( )    6. OTHER: _____

      _____

Notice is hereby given that any responses and/or objections to this motion are to be filed within **twenty-one (21) days of the date this motion is filed with the Court**. If no timely objections/responses are filed, the Court may act upon this motion without further notice or hearing as provided by 11 U.S.C. §102(1)(B).

**WHEREFORE**, the Trustee respectfully requests this Court to enter an Order dismissing this case.

                                      Respectfully submitted,

                                      Carolyn A. Bankowski, BBO#631056
                                      Patricia A. Remer, BBO#639594
                                      P.O. Box 8250
                                      Boston, MA 02114-0033
                                      (617) 723-1313
                                      13trustee@ch13boston.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that I have served a copy of the foregoing to the above referenced debtor(s) ( ) by hand delivery or (X) by first class mail, and to Debtor(s)' counsel _matthew Swanson, Esq._ ( ) by hand delivery, ( ) by first class mail, or (X) via electronic notice.

Dated _9 / 11 / 19_

                                        Carolyn A. Bankowski
                                        Patricia A. Remer