*Jas E. Bostwick*
Dated: 10/30/2019

Allowed.

UNITED STATES BANKRUPTCTY COURT
DISTRICT OF MASSACHUSETTS

IN RE:                                          )
                                                )
    Juliann F. Hoch,                            )        Chapter 13
                                                )        Case No.:  19-12725-FJB
        Debtor                              )
                                                )

## MOTION TO EXTEND TIME TO RESPOND TO MOTION OF CHAPTER 13 TRUSTEE FOR ORDER DISMISSING CASE

       Debtor, Juliann F. Hoch, requests that this honorable court allow Debtor an additional 7 days to respond to the Motion of Chapter 13 Trustee for Order Dismissing Case.  As reasons herefore, Debtor states:

1. Debtor's Counsel has sent letters, e-mails, and made numerous phone calls to contact the Debtor regarding the Chapter 13 plan payment.  To date, Debtor's Counsel has been unable to reach the client; and

2. Debtor's Counsel, therefore, requests that the October 7, 2019 deadline be extended to October 14, 2019.

                                 Respectfully Submitted,
                                 Juliann F. Hoch,
                                 By her attorney,

                                 Matthew C. Swanson, Esq. (BBO#661840)
                                 Swanson & Moors, LLC
                                 1342 Belmont Street, Suite 204
                                 Brockton, MA 02301
                                 (508) 857-5697
                                 matt@swansonmoors.com

                                 October 7, 2019